NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOURCE VAGABOND SYSTEMS LTD.,**
*Plaintiff-Appellant,*

**v.**

**HYDRAPAK, INC.,**
*Defendant-Appellee.*

---

2012-1408

---

Appeal from the United States District Court for the Southern District of New York (New York City) in No. 11-CV-5379, Judge Colleen McMahon.

---

**JUDGMENT**

---

GUY YONAY, Pearl Cohen Zedek Latzer, of New York, New York, argued for plaintiff-appellant.

ERIC S. WALTERS, Davis Wright Tremaine LLP, of San Francisco, California, argued for defendant-appellee. With him on the brief was BENJAMIN J. BYER.

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (MOORE, BRYSON, AND O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 11, 2013 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |